IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARIA GONZALEZ :
:
    Plaintiff :
:
v. : Civil Action No.: _____
: State Action No.: CAL16-42834
:
:
PRINCE GEORGE'S COUNTY, MD, et al. :
:
    Defendants :

PWG 17CV0159

## NOTICE OF REMOVAL

Defendant Prince George's County, Maryland, by undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice of its removal of the above-referenced case and further state:

1. This action was commenced in the Circuit Court for Prince George's, Maryland, through the filing of the Original Complaint and Jury Demand which were served upon Defendant Prince George's County, Maryland ("the County"), on December 20, 2016.

2. On January 17, 2017, undersigned counsel reviewed the official court file in this case, entitled *MARIA GONZALEZ v. Prince George's County, Maryland, et al.*, case number CAL16-42834 in the Circuit Court for Prince George's County, Maryland. Further, undersigned counsel hereby certifies, pursuant to the provisions of Local Rule 103.5, that all process, pleadings, papers and orders on file in the circuit court, or served upon the Defendant, are attached hereto and filed herewith.

3. The grounds for removal are that the United States District Court has original jurisdiction over the claim set forth in Count Four, which alleges deprivation of rights guaranteed under the United States Constitution; and that the United States District Court has pendent jurisdiction over the remaining state law tort claims.

WHEREFORE, the Defendant hereby gives notice:

A. That the above-captioned case has been removed from the Circuit Court for Prince George's, Maryland, to the United States District Court for the District of Maryland; and

B. That the Circuit Court for Prince George's County, Maryland, shall proceed no further in the case unless and until the case is remanded.

Respectfully submitted,

M. ANDREE GREEN
COUNTY ATTORNEY

JARED M. MCCARTHY
DEPUTY COUNTY ATTORNEY

*/s/ Gessesse Teferi*

Tonia Y. Belton-Gofreed, Fed. Bar No. 16176
Gessesse Teferi, Fed. Bar No. 19234
Associate County Attorneys
14741 Gov. Oden Bowie Dr., Room 5121
Upper Marlboro, Maryland 20772
(301) 952-5255
(301) 952-3071 (facsimile)
tbgofreed@co.pg.md.us
gteferi@co.pg.md.us

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this 18th day of January, 2017, I hand-delivered a copy of the foregoing Notice of Removal to the Clerk of the Circuit Court for Prince George's, County, Maryland, Courthouse, 14735 Main Street, Upper Marlboro, Maryland 20772, and mailed, postage prepaid, a copy of the foregoing Notice of Removal to Lawrence R. Holzman, Esq., 6404 Ivy Lane, Suite 650, Greenbelt, Maryland 20770.

*Gessesse Teferi*
Gessesse Teferi